SPIVEY, APPELLEE, *v.* KELLER, APPELLANT, ET AL.

[Cite as *Spivey v. Keller,* 107 Ohio St.3d 100, 2005-Ohio-5973.]

(No. 2005–0180—Submitted October 12, 2005—Decided November 23, 2005.)

{¶ 1} The judgment of the court of appeals is affirmed on the authority of *Harrold v. Collier,* 107 Ohio St.3d 44, 2005-Ohio-5334, 836 N.E.2d 1165.

MOYER, C.J., RESNICK, PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL and LANZINGER, JJ., concur.

Drake, Phillips, Kuenzli & Clark and William E. Clark, for appellant.

CRIGGER, APPELLANT, *v.* CRIGGER ET AL., APPELLEES.

[Cite as *Crigger v. Crigger,* 107 Ohio St.3d 100, 2005-Ohio-5975.]

(No. 2005–0548—Submitted October 12, 2005—Decided November 23, 2005.)

{¶ 1} The judgment of the court of appeals is affirmed on the authority of *Harrold v. Collier,* 107 Ohio St.3d 44, 2005-Ohio-5334, 836 N.E.2d 1165.

MOYER, C.J., RESNICK, PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL and LANZINGER, JJ., concur.

Joseph D. Reed, for appellant.